**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1748**

_____

JANICE MCLEAN DELOATCH,

                    Plaintiff – Appellant,

          v.

HARFORD COUNTY BOARD OF EDUCATION,

                    Defendant – Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:09-cv-03125-CCB).

_____

Submitted:  January 18, 2011          Decided:  January 25, 2011

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janice  McLean  DeLoatch,  Appellant  Pro  Se.    Steven  Bruce
Schwartzman, Lisa Y. Settles, HODES, PESSIN & KATZ, PA, Towson,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice McLean DeLoatch appeals the district court's order granting Defendant's motion to dismiss her complaint alleging race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. DeLoatch v. Harford Cnty. Bd. of Educ., No. 1:09-cv-03125-CCB (D. Md. May 14, 2010). We further deny DeLoatch's motion for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2